**Larry BLANCHARD, Plaintiff—Appellant,**

v.

**John E. POTTER, Postmaster General, United States Postal Service, Defendant—Appellee,**

and

**Ruth Christensen (Buffy), OSS; Larry J. Gates, OSS; Gregory Marshall, MDO Tour 1, Defendants.**

No. 03–1922.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 3, 2003.

Larry Blanchard, Appellant, pro se.

Shana L. Douglas, United States Postal Service, Washington, D.C., for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Larry Blanchard appeals the district court's order entering summary judgment for the Defendants in this Title VII action alleging racial discrimination, retaliation, and hostile work environment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Blanchard v. Potter*, No. CA–02–1446–A (E.D. Va. filed May 27, 2003; entered May 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*